```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 04917
   LATASHA A ROBINSON
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-5966


-----------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 03/01/08 .

     2.  The case was dismissed without confirmation, 06/27/2008.

     3.  The Debtor paid a total of $   1150.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME              CLASS             CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG           .00           .00           .00
CHASE HOME FINANCE         MORTGAGE ARRE    NOT FILED           .00           .00
COUNTRYWIDE HOME LOANS     SECURED                 .00           .00           .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE    NOT FILED           .00           .00
CITIFINANCIAL AUTO         SECURED VEHIC          .00           .00        535.90
NEMINACH MANAGMENT         SECURED          NOT FILED           .00           .00
WILL COUNTY TREASURER      SECURED          NOT FILED           .00           .00
COMCAST                    UNSECURED        NOT FILED           .00           .00
FIRST PREMIER BANK         UNSECURED        NOT FILED           .00           .00
SALLIE MAE GUARANTEE SER   UNSECURED        NOT FILED           .00           .00
         Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00           .00          .00          .00           .00
PRINCIPAL PAID       535.90           .00          .00          .00        535.90
INTEREST PAID           .00           .00          .00          .00           .00
TOTAL PAID           535.90           .00          .00          .00        535.90
The Debtor's attorney, NELLA E MARIANI              , was allowed $   3500.00
and was paid $    547.40 .

The Trustee received $     66.70 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 09/10/08                    /S/
                          GLENN STEARNS
                          CHAPTER 13 TRUSTEE
```